JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

RINA G.,

              Plaintiff,

      v.

FRANK BISIGNANO,
Commissioner of Social Security,

              Defendant.

Case No. 2:24-cv-9795-SK

**JUDGMENT**

**IT IS ADJUDGED** that this action is reversed and remanded to the Commissioner of the Social Security Administration for further proceedings.

Date: March 23, 2026

_____
STEVE KIM
United States Magistrate Judge