**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Rina I Gonzalez, <br><br> Plaintiff, <br><br> v. <br><br> Frank J. Bisignano, COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No.  2:24-cv-09795-SK <br><br> **ORDER FOR STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of SEVEN THOUSAND FIVE HUNDRED  AND 00/100 ($7,500.00), as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

DATE:___July 9, 2026___     _____

HON. STEVE KIM
UNITED STATES MAGISTRATE JUDGE